# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., | Case No. 2:12-cv-01308-GMN-PAL |
| Plaintiff, | **ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER TO THE COURT** |
| v. | |
| FOURSQUARE LABS, INC., | |
| Defendants. | |

Upon consideration of the parties' Joint Motion to Extend the Deadline for the Parties to Submit a Proposed Protective Order to the Court, and there being good cause shown, the parties' motion is GRANTED, and it is hereby ORDERED that the deadline for the parties to submit a proposed Protective Order is extended up to and including Friday, March 29, 2013.

DATED: March 26, 2013

Peggy A. Leen
United States Magistrate Judge

-1-