UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOURSQUARE LABS, INC., <br><br> Defendant. | Case No. 2:12-cv-01308-GMN-PAL <br><br> **ORDER** |

Pursuant to the request of counsel that the settlement conference be continued,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for November 15, 2013, at p.m. before the undersigned, is **VACATED** and **CONTINUED** to **1:30 p.m., December 18, 2013**, in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due November 8, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., December 11, 2013.**

3. All other instructions contained within the original Order (Dkt. #64) setting the settlement conference shall remain.

Dated this 23rd day of October, 2013.

_____
Peggy A. Leen
United States Magistrate Judge