1
2
3
4
**UNITED STATES DISTRICT COURT**
5
**DISTRICT OF NEVADA**
6
7 SILVER STATE INTELLECTUAL               )
TECHNOLOGIES, INC.,                       )
8                                         )
                       Plaintiff,         )     Case No. 2:12-cv-01308-GMN-PAL
9                                         )
vs.                                       )     **ORDER**
10                                        )
FOURSQUARE LABS, INC.,                    )
11                                        )
                       Defendant.         )
12 _____)

13
        Pursuant to the request of counsel that the settlement conference be continued,
14
        **IT IS ORDERED** that:
15
        1.      The Settlement Conference, currently scheduled for November 15, 2013, at p.m. before
16
        the undersigned, is **VACATED** and **CONTINUED** to **1:30 p.m., December 18, 2013**,
17
        in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George
18
        United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.
19
        2.      The deadline for chambers to receive the confidential settlement conference statements,
20
        currently due November 8, 2013, is **VACATED** and **CONTINUED** to be received in
21
        chambers, Room 3071, not later than **4:00 p.m., December 11, 2013.**
22
        3.      All other instructions contained within the original Order (Dkt. #64) setting the
23
        settlement conference shall remain.
24
        Dated this 23rd day of October, 2013.
25
26
                                                _____
27                                              Peggy A. Leen
                                                United States Magistrate Judge
28